IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Tyler J. Cavanaugh  :  Case No. 23-21387-JCM
:
*Debtors.*  :  Chapter 7
:
:
:

## ORDER

**AND NOW**, this **13th** day of **February, 2024,** since the case has had no docket activity by the Chapter 7 Trustee in the last 90-days, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that *on or before February 27, 2024,* the Chapter 7 Trustee shall file either a Report of No Distribution (NDR) or a Status Report apprising the court of the current posture of the case and include the following information:

1. The asset(s) to be administered;

2. The steps to be completed for the administration of each asset;

3. A Timeline for Administration of each remaining asset; and

4. Any other information the Trustee believes will be helpful to the Court.

BY THE COURT:

_glb_

John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
2/13/24 10:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                            Case No. 23-21387-JCM
Tyler J. Cavanaugh                                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2             User: auto            Page 1 of 1
Date Rcvd: Feb 13, 2024      Form ID: pdf900        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tyler J. Cavanaugh, 115 Calhoun Avenue, Pittsburgh, PA 15210-3637 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:

**Name**          **Email Address**

Denise Carlon
     on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Jeffrey J. Sikirica
     TrusteeSikirica@gmail.com PA59@ecfcbis.com

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
     btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd
     on behalf of Debtor Tyler J. Cavanaugh rodsheph@cs.com

TOTAL: 5